**Order entered February 9, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01194-CR

## TIMOTHY KAYLON VALDEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F21-75126-U**

## ORDER

Court Reporter Sasha Brooks's request for an extension of time to file the reporter's record is **GRANTED**, and we **ORDER** the reporter's record due **MARCH 10, 2023**.

/s/ DENNISE GARCIA
   JUSTICE